**CHARLES J. DeHART III**
STANDING CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE
HUMMELSTOWN PA   17036

TELEPHONE 717-566-6097
FAX 717-566-8313
dehartstaff@pamd13trustee.com

December 2, 2009

Clerk, U.S. Bankruptcy Court

RE: Leo V. & Margaret L. Holzman
      Bankruptcy Case No.  5-04-54963
      Unclaimed Funds For: ACS
                  PO Box 22724
                  Long Beach CA 90801-5724


Dear Clerk:

   Enclosed herewith please find check Nos. 759131 for $176.86, 759132 for $190.26, 759133 For $153.15 and 759135 for $52.38 drawn on the Fulton Bank representing unclaimed funds for a creditor in the above-referenced bankruptcy.

   Should you have any questions or concerns regarding this matter, please feel free to contact our office.

                              Very truly yours,

                              *Carol A. Kreider*

                              Carol A. Kreider
                              Funds Manager